UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANATOLY OLEVSKY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-cv-01509-NCC ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) ) |
| Defendant. | ) |

ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation for Dismissal filed by Defendant on the docket as a Joint Motion to Dismiss Case (Doc. 3). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice with each party to bear their own fees and costs.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 3) is **GRANTED**. This matter is **DISMISSED, with prejudice**, with each party to bear their own fees and costs.

Dated this 6th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE